UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| ANA MARIA BASIL | Case No. 09-24485-PHX SSC |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2004 | 06/24/2010 | Medical Payment Data<br>PO Box 938<br>Vero Beach, FL 32961 | $272.65 |
| 2005 | 06/24/2010 | Medical Payment Data<br>8401 E. Indian School Rd.<br>Scottsdale, AZ 85251 | $243.79 |
| 2006 | 06/24/2010 | Medical Payment Data<br>PO Box 938<br>Vero Beach, FL 32961 | $254.21 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $770.65 to the Clerk of the Court to be deposited in the Registry thereof.

| October 20, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |